No. 179. PIETERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 261. ROBLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 275. SWIERENGA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 715. DESTAFANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 1022. BERGENTHAL *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 1111. MANARITE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 1165. EUBANK *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1209. HAIRSTON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1239. GLORIOSO *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 1246. CARTER, WARDEN, ET AL. *v.* MILLER. C. A. 9th Cir. Certiorari denied.

No. 1397. DROWN *v.* PORTSMOUTH SCHOOL DISTRICT ET AL. C. A. 1st Cir. Certiorari denied.